FILED
NOV 12 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 19CR4608-GPC |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
| AMY ELIZABETH VALERIO, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond exonerated, and passport released by Pretrial Services, if held.

DATED: 11/12/2020

_____
MITCHELL D. DEMBIN
United States Magistrate Judge